UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MANUEL AMAYA, | CV 23-657-PA-PVC |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | Honorable Percy Anderson<br>United States District Judge |
| Defendants. | |

/

/ / /

/ / /

/ / /

1

Upon consideration of the Stipulation for Dismissal (the "Stipulation") entered into by Plaintiff Manuel Amaya and Defendants Ur Mendoza Jaddou, Director of United States Citizenship and Immigration Services, and David L. Neal, Director of the Executive Office for Immigration Review, and for good cause shown,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved;
2. This case is dismissed without prejudice; and
3. Each party will bear his, her, or its own attorney's fees, costs, and expenses.

Dated: June 06, 2023

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2